PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CANWEN XU,<br>Defendant. | Case No. 1:23-po-00015-SAB<br>[Citation #9336809 CA/74]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00015-SAB [Citation #9336809 CA/74] against CANWEN XU, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 1, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Chan Hee Chu*
CHAN HEE CHU
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00015-SAB [Citation #9336809 CA/42] against CANWEN XU be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 1, 2023**

_____
UNITED STATES MAGISTRATE JUDGE